PETER C. ANDERSON, UNITED STATES TRUSTEE
JILL M. STURTEVANT, ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, TRIAL ATTORNEY, SBN 124770
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017
(213) 894-4520  Facsimile: (213) 894-2603
ron.maroko@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re <br><br> WILLIAM JUAN ROBERTS and <br> YOLANDA RENEE ROBERTS <br><br><br> Debtor(s). | **NOTICE OF MOTION AND MOTION UNDER 11 U.S.C.  § 110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER; REQUEST FOR § 110(i) DAMAGES** <br><br> CHAPTER 7 <br><br> CASE NUMBER **2:16-bk-21914-BR** |

TO THE COURT, RESPONDENT, DEBTOR, CHAPTER 7 TRUSTEE, AND OTHER INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN** that the Office of the United States Trustee will, and hereby does, move the Court to enter an order assessing fines and/or disgorgement of fees against **ANDRE DEVON GILES and FUSION MULTIPLEX LLC** (collectively "Respondent"), a person or entity that prepares for compensation bankruptcy documents for filing in connection with a case under 11 U.S.C. § 110 and requests damages be awarded under 11 U.S.C. § 110(i), on the grounds set forth below

PLEASE TAKE NOTICE THAT THIS MOTION IS BROUGHT PURSUANT TO THE PROCEDURE DESCRIBED IN LOCAL BANKRUPTCY RULE 9013-1(o).  Under that Rule, this motion may be granted without a hearing if timely objections and request for hearing are not filed with the Bankruptcy Court.  Any creditor or interested party who desires to obtain a hearing on this matter must file, with the Bankruptcy Court, a written objection and request for hearing and serve a copy of it upon the United States Trustee, at the address set forth in the upper-left corner of this document, **no later than fourteen (14) days after the date of service of this notice, plus an additional three (3) days.**  If the objection period expires without the filing of any objection or request for hearing, the United States Trustee will promptly lodge with the Bankruptcy Court his order granting the motion.

The address of the United States Bankruptcy Court's Clerk's Office for filing any objections and requests for hearing is:  255 E. Temple Street, 9th Floor, Los Angeles

*(Motion continued on next page)*

| In Re: | | CHAPTER 7 |
| Roberts | | |
| | Debtor(s) | CASE NUMBER 2:16-bk-21914-BR |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Congress enacted in 1994, 11 U.S.C. § 110 as a consumer protection provision to address abuses and problems with non-attorney petition preparers. See e.g., *In re Fraga*, 210 B.R. 812, 818-819 (9th Cir. BAP 1997), *In re Ali*, 230 B.R. 477, 481 (Bankr. E.D. N.Y. 1999). Some of these abuses includes the unauthorized practice of law and taking "unfair advantage of persons who are ignorant of their rights both inside and outside of bankruptcy system". *In re Cordero*, 185 B.R. 882 (Bankr. M.D. Fla. 1995) (citing 2 COLLIER ON BANKRUPTCY § 110.01 (15th ed. 1995); 140 CONG. REC. H10, 770 (daily ed. Oct. 4, 1994)). As a result, Congress established a set of requirements for bankruptcy petition preparers, which grants the Court specific authority to limit compensation for non-attorney preparers, and provides penalties for failing to comply with the requirements of § 110. In essence, the statute allows preparers to "only charge a fee for typing services." *In re Bradshaw*, 233 B.R. 315, 323 (Bankr. D. N.J. 1999).

2. Section 110 defines a "bankruptcy petition preparer" as "a person, other than an attorney for the debtor or an employee of such attorney under the direct supervision of such attorney, who prepares for compensation a document for filing." 11 U.S.C. § 110(a)(1). "Document" includes a bankruptcy petition. 11 U.S.C. § 110(a)(2). Respondent is a bankruptcy petition preparer within the meaning of § 110(a)(2), having taken money to prepare for filing a bankruptcy petition and schedules. See attached Declaration for Debtors without an Attorney. Page 7. See also attached emails corroborating declaration. Pages 8-11.

3. Under 11 U.S.C. § 110, a bankruptcy petition preparer must make certain disclosures and take certain affirmative actions, or face fines and/or penalties. Specifically, a bankruptcy petition preparer must do the following:

   a. sign the document and print on the document the preparer's name and address. [11 U.S.C. § 110(b)(1)(A) and (B)]. (As set forth on the petition form, the names of all individuals who prepared or assisted in preparing the documents must be included);

   b. provide a debtor with a written notice on the Official Form prescribed by the Judicial Conference of the United States before preparing a document for filing or accepting fees from a debtor. [11 U.S.C. § 110(b)(2)]. The notice shall "inform the debtor in simple language that a bankruptcy petition preparer is not an attorney and may not practice law or give legal advice." Official Form 119 (available at www.uscourts.gov (at the petition forms tab)) is the designated Official Form. A true copy of Form 119 is attached hereto at pages 85-86.

   c. place on the document, after the preparer's signature, an identifying number that identifies the individual or individuals who prepared the document. [11 U.S.C. § 110(c)(1)]. Identifying number is defined as the social security number of the preparer. [11 U.S.C. § 110(c)(2)(A)]. See also, *In re Adams*, 214 B.R. 212, 218 (9th Cir. BAP 1997). If the preparer is not an individual, then "the identifying number of the bankruptcy petition preparer shall be the Social Security account number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer." [11 U.S.C. § 110(c)(2)(B)].

   d. at the time the document was presented for the debtor's signature, furnish a copy of the document to the debtor. [11 U.S.C. § 110(d)]; and

   e. <u>file with the petition</u> a declaration under penalty of perjury disclosing any fee received from or on behalf of a debtor within 12 months immediately prior to the filing of a petition, and any unpaid fee charged to

| In Re. | | CHAPTER 7 |
|---|---|---|
| Roberts | | |
| | Debtor(s) | CASE NUMBER **2:16 -bk-21914-BR** |

the debtor.[1] [11 U.S.C. § 110(h)(2)]. "The plain language of the statute does not limit the [disclosure of the] fee received to only fees incurred in connection with the typing of the petition and schedules." *In re Kaitangian*, 218 B.R. 102, 114 (Bankr. S.D. Cal. 1998). The obligation is to make an accurate disclosure of what was received.

4.  In addition, § 110 prohibits a bankruptcy petition preparer from taking certain actions.  In  particular, a bankruptcy petition preparer may not do the following:

   a.  execute a document on behalf of the debtor  [11 U.S.C. § 110(e)(1)];

   b.  offer any legal advice to a debtor   [11 U.S.C. § 110(e)(2)];

   c.  use the word "legal" or a similar term in its advertisement, or advertise under a category which included the word "legal" or a similar term. [11 U.S.C. § 110(f)]; and

   d.  collect or receive a payment from the debtor or on behalf of the debtor for the court fees in connection with the filing of the petition.  [11 U.S.C. § 110(g)].

5.  Actions in violation of this section 110(b)-(h) subject the petition preparer to a fine of up to $500 for each failure [11 U.S.C. § 110(l)(1)].  The Schedules, Statement of Affairs, Statement of Intention, and the petition are considered four separate documents and four separate failures to comply for purposes of § 110. *In re Jolly*, 313 B.R. 295, 300 (Bankr. S.D. Iowa 2004).  As stated in *Jolly*, "..., the majority interpretation comports with the Advisory Committee Notes to the 1995 amendments to the Official Forms which state that the schedules, the statement of financial affairs, and the chapter 7 debtor's statement of intention are separate documents for filing." *Id.*, at 301, citing *In re Rausch*, 197 B.R. 109, 120 (Bankr. D.Nev. 1996) aff'd, 213 B.R. 364 (D.Nev. 1997) *aff'd*, 194 F.3d 954 (9th Cir. 1999).  See also *In re Nieves*, 290 B.R. 370 (Bankr. C.D. Cal. 2003)(Court identified nine different "documents for filing", including the petition, schedules, statement of affairs, statement of intention, statement of related cases, notice of available chapters, statement of assistance, list of creditors, and amendments and found nine violations of sections 110(b)(1) and nine violations of 110(c)(1) by the preparer).

   Furthermore, if the Court finds that the documents were prepared by the preparer in a manner that failed to disclose the identity of the preparer, then the Court can triple the fine assessed under § 110(l)(1).  [11 U.S.C. § 110(l)(2)(D)].  As shown by the bankruptcy documents filed in this case, which are attached hereto, such is the case here and **a trebling of the fines is appropriate**.

6.  As shown by the attached declaration and exhibits, Respondent has violated the following requirements of 11 U.S.C. § 110:

   [x] a.  Respondent failed to sign the petition, Schedules, and Statement of Financial Affairs, as commanded by 11 U.S.C. § 110(b)(1).[2] Pages 12-18, 56, and 68.  **Three violations.**

---

[1] Such disclosure must be made at the time of filing the petition.  Prior to the Congress' enactment of BAPCPA in 2005, a bankruptcy petition preparer had to make the section 110(h) disclosure within ten (10) days.  In addition to shortening the time frame such declaration must be made, Congress also added a fine for failing to comply with timely disclosure.

[2] Rule 1007(a)(1) and (b)(1) identify the petition, schedule of assets and liabilities, schedule of income

| In Re: | | CHAPTER 7 |
|---|---|---|
| Roberts | | |
| | Debtor(s) | CASE NUMBER 2:16 -bk-21914-BR |

[x]  b. Respondent failed to timely file the written Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer (Form 19) in violation of 11 U.S.C. § 110(b)(2). See Doc 1 at pages 12-84. As set forth in 11 U.S.C. § 110(b)(2), such notice form was to be signed by the debtor and the preparer, and be filed with the Court at the time the prepared documents were filed with the Court. **One violation**.

[x]  c. Respondent failed to place on the petition, Schedules, and Statement of Financial Affairs, an identifying number that identifies those who prepared the document as mandated by 11 U.S.C. § 110(c)(1). See footnote 2. Pages 12-18, 56, and 68. **Three violations**.

[x]  d. Respondent failed to timely file a declaration under penalty of perjury that timely and accurately disclosed the fee he, she or it received on behalf of the debtor as dictated by 11 U.S.C. § 110(h)(2). As shown by the documents filed with the petition, no declaration disclosing the compensation of the preparer, signed by the preparer, was filed with the petition on September 7, 2016 (see pages 12-84). **One violation**.

[x]  e. Respondent collected or received a payment from the debtor for the court filing fees in connection with the filing of the petition in violation of 11 U.S.C. § 110(g). Page 7, para. 5a. **One violation**.

[x]  f. Respondent executed a document on behalf of the debtors as prohibited by 11 U.S.C. § 110(e)(1). Page 7, para. 7. See pages 17, 18, 19, 56, 70, 72, 82, and 83. **Sixteen violations**.

7.  Moreover, bankruptcy petition preparers may face disgorgement of fees if they charge fees in excess of the reasonable value of the services rendered for the document prepared. 11 U.S.C. § 110(h)(3). However, under 11 U.S.C. § 110(h)(3)(B), a preparer who violated subsections (b)-(h) of section 110 may have all fees forfeited. Debtors testified, in their declaration, that they paid Respondent **$800.00** for services. Page 7, para. 5 (see also corroborating email receipts at pages 8-11). In this instance, because of the multiple violations of section 110, **a fee of $0.00 is reasonable and complete disgorgement is warranted in this case**.[3]

---

and expenditures, and statement of financial affairs as being required in all (but chapter 9) bankruptcy cases. These documents are identified on the Form 119 as Form 101, 106, and 107, as separate documents. See paragraph 5 above. Form 119 includes a signature line for the preparer and the space for the preparer to place his or her identifying number, as required by the statute. As there was no Form 119, signed by the preparer filed with the petition, Schedules, and Statement of Affairs on September 7, 2016 (pages 12-84), the Court can find that the preparer violated section 110(b)(1) with regard to those documents. In addition, those same pages include typed responses of "no" with respect to the whether the debtors agreed to pay someone for help fill out their bankruptcy papers (pages 18, 56, and 68). Page 2 of Form 119 is where the preparer discloses what forms were prepared by the preparer and has the place for the preparer's signature and identifying number. See page 86. The absence of Form 119 shows that the documents were not signed and the identification number was not placed on the documents, in violation of the statute.

[3] Alternatively, the Court can also determine the reasonableness of fees. In that instance, no more than $50.00 would be reasonable. See attached Bankruptcy Petition Preparer Guidelines, issued by the Bankruptcy Court for the Northern District of California, setting the fee for all services and expenses (including photocopying, messenger or courier charges, postage, telephone, etc.) at $150.00 Pages 87-88. These Guidelines were upheld by the Ninth Circuit Bankruptcy Appellate Panel. *In re Agyekim*, 225 B.R. 695, 699 (9th Cir. BAP 1998). In this instance Respondent typed on Schedule D the address of 500 W. Temple Street for

| In Re: | | CHAPTER 7 |
|---|---|---|
| Roberts | | |
| | Debtor(s) | CASE NUMBER **2:16-bk-21914-BR** |

8.  In addition, the Court can order a preparer to pay the debtor actual damages, a liquidated damage amount of $2,000.00 (the greater of $2,000.00 or twice the amount paid to the preparer), and reasonable attorney fees for bringing the motion.  Such an award may be made if <u>Respondent violates section 110</u> **or** "commits any act that the court finds to fraudulent, unfair, or deceptive..." 11 U.S.C. § 110(i).  As Respondent has violated section 110 the Court should award damages in the amount of $2,000.00.

    A.  Alternatively, the Court can award damages Such an award may be made if Respondent "commits any act that the court finds to fraudulent, unfair, or deceptive..." 11 U.S.C. § 110(I).  In this case the United States Trustee requests that the Court find that Respondent's conduct was fraudulent, unfair, or deceptive, as follows:  (1) signing debtors' names to bankruptcy documents (see page 7, para. 7); and (2) intentionally concealing his identity on the filed documents by typing "no" in multiple spaces to reflects that debtors did not pay or agree to pay someone for help fill out their bankruptcy papers (see pages 18, 56, and 68 and August 28, 2016 receipt email at page 8).  Therefore, the United States Trustee requests that the Court find that Respondent's conduct was fraudulent, unfair, or deceptive and order Respondent to pay Debtor $2,000.00 as liquidated damages.

9.  Accordingly, Respondent should be fined $12,500.00 for the twenty-five (25) violations of section 110, which the Court can treble to $37,500.00 as described in paragraph 5, above, for failure to disclose his or her identity, and be ordered to turnover any and all fees received with respect to this case, and be ordered to pay Debtor another $2,000.00 in damages. .

WHEREFORE, the Office of the United States Trustee requests that this Court fine Respondent $12,500.00, treble the fine amount to $37,500.00 under § 110(l)(2)(D),  order the immediate turnover of any fees received from the debtor, issue findings that Respondent engaged in conduct that was fraudulent, unfair, or deceptive, order Respondent to pay Debtor $2,000.00 damages for such conduct, and order such other and further relief as it deems appropriate in the circumstances.

DATED:  10/11/16

                                PETER C. ANDERSON
                                UNITED STATES TRUSTEE

             By:  _____
                                Ron Maroko
                                ATTORNEY FOR THE UNITED STATES TRUSTEE

---

seven of the nine creditors, including the IRS, Franchise Tax Board and Chase.  Page 34-36.  Additionally, none of these creditors were typed on the matrix.  Page 83-84. Ultimately, it is Respondent's burden of proof to show that his or her fee is reasonable once the excessiveness of the fee charged comes into question.  *In re Haney*, 284 B.R. 841, 850-851 (Bankr. N.D. Ohio 2002); *In re Doser*, 281 B.R. 292, 313 (Bankr. D. Ida. 2002), *aff'd* 292 B.R. 652 (D. Ida. 2003).

# DECLARATION OF RON MAROKO

# DECLARATION OF RON MAROKO

| In Re: | CHAPTER 7 |
|---|---|
| Roberts | |
| Debtor(s) | CASE NUMBER **2:16 -bk-21914-BR** |

## DECLARATION OF RON MAROKO

I, Ron Maroko, declare,

1.  I am employed as an attorney by the Office of the United States Trustee for the Central District of California.   I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently so testify.

2.  The U.S. Trustee received from the chapter 7 trustee the attached Declaration for Debtors Without an Attorney ("Declaration of Debtor") signed by debtors William Roberts and Yolanda Roberts ("Debtors"). Debtors completed and signed the Declaration of Debtor at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) and presented it to the trustee when called to testify.

3.  The U.S. Trustee also received from the chapter 7 trustee the attached email receipts that corroborate the Debtors' testimony in their Declaration of Debtor.   True copies of the email receipts are attached hereto and incorporated herein as Exhibit "A".

4.  True copies of the petition, Schedules, Statement of Affairs, and other forms filed with the petition in Debtor's case, 2:16-bk-21914-BR, retrieved from lexis.com, are attached hereto and incorporated herein by reference as Exhibit "B".   The PACER header is reflected on each page.

5.  Attached hereto and incorporated herein as Exhibit "C" are true copies of the Official Form 119, retrieved from the Court's website, www.cacb.uscourts.gov (petition forms tab).

6.  Attached hereto and incorporated herein by reference as Exhibit "D" is a true copy of the United States Bankruptcy Court for the Northern District of California Bankruptcy Petition Preparer Guidelines, retrieved from the Court's website at www.canb.uscourts.gov.

7.  Attached hereto and incorporated herein as Exhibit "E" are true copies of the printouts from California Secretary of State public business search portal, www.sos.ca.gov, following a search I performed on October 10, 2016, on Fusion Multiplex, identified by Debtors as the company of their preparer.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on _____ , 2016, in Los Angeles, California.

Ron Maroko

# DECLARATION OF WILLIAM ROBERTS AND YOLANDA ROBERTS

# DECLARATION OF WILLIAM ROBERTS AND YOLANDA ROBERTS

# DECLARATION FOR DEBTORS WITHOUT AN ATTORNEY

Debtor's Name(s) _William; Yolanda Roberts_    Case # _____

Debtor's Current Address: _40756 Inwood Ct._ _____

Debtor's Telephone # _661 274 8566_ _____

Case Trustee: _____    Date of 341(a) Meeting: _10-7-16_

1. I did _✓_ did not _____ have assistance in preparing my bankruptcy documents.
2. Name of person(s) who helped you: _Andre Cileo_ _____ Telephone #: _310 623-8423_
   Name of business: _Fusion Multiplex_ _____
   Address I Website: _5155 S. Flower St. 36th Fl. L.A. Ca 90071_
3. How did you hear about this person or company? _thru a Non-Profit Co_
4. I did _✓_ did not _____ pay this person or company for their assistance in preparing my bankruptcy documents
   (if you did not pay for assistance skip the rest of the questions and sign and date this document at the bottom).
5. Amounts paid (include **all amounts paid** for services, but not the filing fee): $ _800_ Date of payment: _9/12/16_
   a. Did you also give this person or company the bankruptcy court filing fee? Yes _✓_ No _____
   b. Do you still owe money to the person or company who helped you?   Yes _____ No _✓_ If so, how
   much? _____
   c. Did you pay any money to this person or company after the date your bankruptcy petition was filed? Yes _✓_
   No _____
   d. Did the person who helped you give you a receipt for the monies that you paid? Yes _✓_ No _____
6. I was _✓_ was not _____ given a copy of the petition and schedules before they were filed with the Court.
7. I did _____ did not _✓_ sign my own name on the petition and schedules.
8. I was _____ was not _✓_ directed to say that I had no assistance in preparing my documents.
9. At any time did the person who helped you say or indicate that he or she was an attorney?   Yes _____ No _✓_
10. The person who assisted me in preparing the bankruptcy documents explained to me (select all that apply):
    _____ whether or not to file a bankruptcy petition.
    _✓_ the difference between bankruptcy cases under chapter 7, 11,12, or 13.
    _✓_ whether my debts will be discharged.
    _✓_ whether I will be able to retain my home, car, or other property after filing bankruptcy.
    _____ any tax consequences from filing bankruptcy.
    _____ whether I should repay any of my debts to a creditor after filing bankruptcy.
    _____ whether I should enter into a reaffirmation agreement with a creditor to reaffirm a debt.
    _____ how any property interest I own should be characterized as either real or personal property.
    _✓_ how my debts should be characterized as either priority, secured or unsecured debts.
    _✓_ any bankruptcy procedures and rights I may have as a debtor in bankruptcy.
11. I was _✓_ was not _____ given a document by the person who assisted me which explained the bankruptcy
    process.
12. I did _____ did not _✓_ fill out a questionnaire about my property and debts for the preparer's use.
13. I was _____ was not _✓_ informed by the person who assisted me that an attorney would review my bankruptcy
    papers before they were filed with the Bankruptcy Court.
14. I did _✓_ did not _____ receive from the person who assisted me a copy of the Bankruptcy Petition Preparer
    Guidelines issued in March 2014 by the Office of the United States Trustee.
15. I was _____ was not _✓_ directed to put false information on my bankruptcy documents. The false information
    is the following: _____
16. I did _____ did not _✓_ complete this document with the help of a person that I paid, directly or indirectly.

**I declare under penalty of perjury that the foregoing is true and correct.** Executed at _____Los Angeles_____, CA

SIGNATURE: _____    DATE: _10-7-16_

Rev. 10/14

# EXHIBIT "A"

# EXHIBIT "A"

Case 2:16-bk-21914-BR    Doc 12    Filed 10/13/16    Entered 10/13/16 12:22:30    Desc
Main Document    Page 11 of 99

Fwd: Roberts - Chapter 7 Filing - Receipt for First Half/$400 Pa...

**Subject:** Fwd: Roberts - Chapter 7 Filing - Receipt for First Half/$400 Payment
**From:** Y Rob <yrob721@gmail.com>
**Date:** 10/8/2016 2:14 PM
**To:** trusteestahl@earthlink.net

Trustee Stahl below is 1 of 2 email receipts we received from Mr Andre Gile for his help with our Chapter 7 Filing.


---------- Forwarded message ----------
**From:** **Andre D. Giles, J.D.** <andre.giles@fusionmultiplex.com>
**Date:** Sun, Aug 28, 2016 at 6:36 PM
**Subject:** Roberts - Chapter 7 Filing - Receipt for **First Half/$400 Payment**
**To:** "Juan Roberts (CreativeLunacy@Aol.com)" <CreativeLunacy@aol.com>, Y Rob <yrob721@gmail.com>


Juan & Yolanda,


Please accept this email as receipt for your $400 payment for my services in drafting your Chapter 7 Bankruptcy packet for filing. Now, just the other half, or $400 will be due once I complete it in the next week. Thank you for your diligence.


-    Andre


Andre D. Giles, B.A. J.D. | Member & Chief Compliance Officer
**Fusion Multiplex, LLC**
515 S. Flower St., 36th Floor | Los Angeles, CA 90071
Tel: 310.623.0423 | www.FusionMultiplex.com

 

CONFIDENTIALITY NOTICE: This E- mail message (including any documents, files, attachments, and previous e-mail messages) is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521, is confidential and legally privileged. In addition, the information contained in this E-mail message is personal and confidential and is intended for a

-8-

specific individual(s) and purpose and therefore is protected from disclosure based on this confidentiality notice. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, storing, or distribution of this message and/or its attachments, or the taking of any action based on it, is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us.

2 of 2                                                                 10/10/2016 10:15 AM

Fwd: Receipt 2nd / Final payment

**Subject: Fwd: Receipt 2nd / Final payment**
**From:** Y Rob <yrob721@gmail.com>
**Date:** 10/8/2016 2:19 PM
**To:** trusteestahl@earthlink.net

Trustee Stahl.

Below is the 2nd of 2 email receipts for the final payment regarding Chapter 7 Filing for
William and Yolanda Roberts.

Thank You
Y. Roberts
-.

**From:** Andre D. Giles, J.D.
**Sent:** Monday, September 12, 2016 12:29 PM
**To:** Juan Roberts (CreativeLunacy@Aol.com) <CreativeLunacy@Aol.com>; 'Y Rob' <yrob721@gmail.com>
**Subject:** RE: Roberts - Ch. 7 Bankruptcy - Receipt for Last Half/$400 Payment Made

Juan & Yolanda,

Good afternoon.  Thank you again for your diligence in making the **second half/$400**
payment for my services.  Please accept this email as receipt for payment.  I'll be in touch
this week.

- Andre

Andre D. Giles, B.A. J.D. | Member & Chief Compliance Officer
**Fusion Multiplex, LLC**
515 S. Flower St., 36th Floor | Los Angeles, CA 90071
Tel: 310.623.0423 | www.FusionMultiplex.com



FusionMultiplex
The Multiplex Redefined

-10-

Fwd: Receipt 2nd / Final payment

CONFIDENTIALITY NOTICE: This E- mail message (including any documents, files, attachments, and previous e-mail messages) is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521, is confidential and legally privileged. In addition, the information contained in this E-mail message is personal and confidential and is intended for a specific individual(s) and purpose and therefore is protected from disclosure based on this confidentiality notice. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, storing, or distribution of this message and/or its attachments, or the taking of any action based on it, is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us.

2 of 2

10/10/2016 10:15 AM

# EXHIBIT "B"

# EXHIBIT "B"



**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number *(if known)*: 2.16-bk-21914-BR

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy       12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Willian<br>First name<br><br>Juan<br>Middle name<br><br>Roberts<br>Last name<br><br>Suffix (Sr., Jr., II, III) | Yolanda<br>First name<br><br>Renee<br>Middle name<br><br>Roberts<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 0 8 3<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 0 7 9 2<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1    __WILLIAM JUAN ROBERTS_____    Case number (if known)_____

First Name    Middle Name    Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>Creative Lunacy, Inc.<br>Business name<br><br>_____<br>Business name | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name |

4  7  -  2  1  8  3  1  4  9
EIN

___  -  ___ ___ ___ ___ ___ ___
EIN

___  -  ___ ___ ___ ___ ___ ___
EIN

___  -  ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

40756 Inwood Court
Number        Street

Palmdale                      CA      93551
City                          State    ZIP Code

Los Angeles
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

38713 Tierra Subida Avenue
Number        Street

#200-621
P.O. Box

Palmdale                      CA      93551
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____
City                          State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1    __WILLIAM__ __JUAN__ __ROBERTS_____    Case number (if known)_____
        First Name     Middle Name     Last Name

<div style="background:black;color:white">**Part 2:**   **Tell the Court About Your Bankruptcy Case**</div>

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☑ Chapter 7

❑ Chapter 11

❑ Chapter 12

❑ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

❑ No
☑ Yes.  District  Central District of CA  When  06/13/2014  Case number  2-14-bk-21606
                                        MM / DD / YYYY
                  District  Central District of CA  When  04/11/2013  Case number  2-13-bk-19476
                                          MM / DD / YYYY
                  District  _____  When  _____  Case number  _____
                                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
❑ Yes.  Debtor  _____  Relationship to you  _____
          District  _____  When  _____  Case number, if known_____
                                        MM / DD / YYYY
          Debtor  _____  Relationship to you  _____
          District  _____  When  _____  Case number, if known_____
                                          MM / DD / YYYY

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.
❑ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

      ❑ No. Go to line 12.

      ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

-14-

| Debtor 1 | **WILLIAM JUAN ROBERTS** | | Case number (if known) _____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

**Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number      Street

_____

_____
City                          State        ZIP Code

---

Official Form 101

Voluntary Petition for Individuals Filing for Bankruptcy

page 4

Debtor 1    **WILLIAM JUAN ROBERTS**            Case number *(if known)*_____
<br>First Name    Middle Name    Last Name

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1 __WILLIAM JUAN ROBERTS__          Case number (if known)_____
         First Name   Middle Name   Last Name

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _W. J. Roberts_                    ✗ _Yolanda Roberts_
Signature of Debtor 1                   Signature of Debtor 2

Executed on __9/6/16__                 Executed on __09/6/16__
          MM / DD / YYYY                            MM / DD / YYYY

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 6

Debtor 1    **WILLIAM JUAN ROBERTS**
First Name    Middle Name    Last Name                        Case number (if known)_____

| **For you if you are filing this bankruptcy without an attorney** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|
| **If you are represented by an attorney, you do not need to file this page.** | |

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| X _W. J. Roberts_ | X _Yolanda Robert_ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    _09/6/16_ | Date    _9/6/16_ |
|     MM / DD  / YYYY |     MM / DD / YYYY |
| Contact phone  (661) 274-8566 | Contact phone  (661) 274-8566 |
| Cell phone _____ | Cell phone _____ |
| Email address  CreativeLunacy@AOL.com | Email address  YRob721@Gmail.com |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    2-14-bk-21606-Roberts, William-Filed 6/13/14-Ch.13/Consumer-Closed-Jdg Sanford Klein-40756 Inwood Ct,.
    2-13-bk-19476-Roberts, William-Filed 4/11/13-Ch.13/Consumer-Closed-Jdg Sanford Klein-Palmdale, CA 93551

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Jos Angeles_, California          _W.J. Roberts_
                                               Signature of Debtor

Date: _9/6/16_                                 _Yolanda Roberts_
                                               Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | JUAN | ROBERTS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | YOLANDA RENEE | | ROBERTS |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | Your assets |
|---|---|---|
| | | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ........................ | | $ 181,003 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ........................ | | $ 13,246 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................ | | $ 194,249 |

### Part 2:   Summarize Your Liabilities

| | | Your liabilities |
|---|---|---|
| | | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ | | $ 416,330.75 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................ | | $ 0 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ | | + $ 7,627 |
| | Your total liabilities | $ 423,957.75 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of *Schedule I* ........................ | | $ 2,652 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................ | | $ 5,894.25 |

Debtor 1 ___WILLIAM___ ___JUAN___ ___ROBERTS_____   Case number (if known)_____
       First Name     Middle Name     Last Name

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ _____ 2,071

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)     $_____ 0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $_____ 0

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $_____ 0

   9d. Student loans. (Copy line 6f.)     $_____ 0

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $_____ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     + $_____ 0

   9g. **Total.** Add lines 9a through 9f.     $_____ 0

**Fill in this information to identify your case and this filing:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | WILLIAM | JUAN | ROBERTS | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | YOLANDA | RENEE | ROBERTS | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Central District of California

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** 40756 Inwood Court
Street address, if available, or other description

Palmdale    CA    93551
City    State    ZIP Code

Los Angeles
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ _____414,150    $ _____181,003

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☑ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

City    State    ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ _____    $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Case 2:16-bk-21914-BR    Doc 1-1    Filed 09/07/16    Entered 09/07/16 12:35:52    Desc
Main Document    Page 12 of 73

| Debtor 1 | WILLIAM | JUAN | ROBERTS | Case number (if known) |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**1.3.** _____

Street address, if available, or other description

_____

_____

City _____ State ____ ZIP Code

_____

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ...........................................➔ | $        181,003 |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1.** Make: _Nissan_
Model: _Maxima_
Year: _2006_
Approximate mileage: _92,576_
Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $        1000 | $        1000 |

If you own or have more than one, describe here:

**3.2.** Make: _Land Rover_
Model: _LR3_
Year: _2005_
Approximate mileage: _197,310_
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $        5000 | $        5000 |

Debtor 1    WILLIAM    JUAN    ROBERTS                    Case number (if known)_____
    First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **3.3.** Make: _____ | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $_____    $_____ |

Model: _____
Year: _____
Approximate mileage: _____
Other information:

| | | |
|---|---|---|
| **3.4.** Make: _____ | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $_____    $_____ |

Model: _____
Year: _____
Approximate mileage: _____
Other information:

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

| | | |
|---|---|---|
| **4.1.** Make: _____ | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $_____    $_____ |

Model: _____
Year: _____
Other information:

If you own or have more than one, list here.

| | | |
|---|---|---|
| **4.2.** Make: _____ | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $_____    $_____ |

Model: _____
Year: _____
Other information:

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....................................................... → $ _____6000

Official Form 106A/B    Schedule A/B: Property    page 3

Debtor 1    __WILLIAM__    __JUAN__    __ROBERTS__    Case number (if known)_____
First Name    Middle Name    Last Name

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Washer/Dryer, Refrigerator, Deep Freezer, Furniture

   $ 4,595.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... Computer, Stereo

   $ 1,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........

   $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........

   $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........

    $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... Everyday clothes.

    $ 850.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe........... Everyday Jewelry

    $ 500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........

    $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. .............

    $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................... →

    $ 6,945.00

---

Official Form 106A/B                    Schedule A/B: Property                    page 4

Debtor 1    **WILLIAM     JUAN     ROBERTS**        Case number *(if known)*_____
First Name    Middle Name    Last Name

---

| Part 4: | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes........................................................................................................................    Cash: ............    $_____25.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes ....................                    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America | $_____70.00 |
| 17.2. Checking account: | Chase | $_____100.00 |
| 17.3. Savings account: | School First Credit Union | $_____5.00 |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | School First Credit Account - Checking | $_____1.03 |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes.................    Institution or issuer name:

   $_____
   $_____
   $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No                    Name of entity:                    % of ownership:
   ☑ Yes. Give specific    Creative Lunacy, Inc.        100    %    $_____100.00
   information about
   them....................                                                   %    $_____
                                                                              %    $_____

---

| Debtor 1 | WILLIAM | JUAN | ROBERTS | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific     Issuer name:
    information about
    them................ ...........

    _____     $_____
    _____     $_____
    _____     $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each     Type of account:     Institution name:
    account separately.

    401(k) or similar plan:     _____     $_____

    Pension plan:     _____     $_____

    IRA:     _____     $_____

    Retirement account:     _____     $_____

    Keogh:     _____     $_____

    Additional account:     _____     $_____

    Additional account:     _____     $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes ......................     Institution name or individual:

    Electric:     _____
    Gas:     _____     $_____
    Heating oil:     _____     $_____
    Security deposit on rental unit:     _____     $_____
    Prepaid rent:     _____     $_____
    Telephone:     _____     $_____
    Water:     _____     $_____
    Rented furniture:     _____     $_____
    Other:     _____     $_____
    _____     $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes......................     Issuer name and description:

    _____     $_____
    _____     $_____
    _____     $_____

Debtor 1    **WILLIAM**    **JUAN**    **ROBERTS**         Case number *(if known)*_____
      First Name      Middle Name      Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ............................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

               _____    $_____

               _____    $_____

               _____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them....                        $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them....                        $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them....                        $_____

**Money or property owed to you?**                 **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether           Federal:    $_____
you already filed the returns             State:    $_____
and the tax years. ....................          Local:    $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information........... ..

                                        Alimony:    $_____
                                     Maintenance:    $_____
                                     Support:    $_____
                                     Divorce settlement:    $_____
                                     Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information ............

                                                      $_____

Official Form 106A/B         **Schedule A/B: Property**        

| Debtor 1 | WILLIAM | JUAN | ROBERTS | Case number (if known) |
| | First Name | Middle Name | Last Name | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value. ....

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information.......... ....

$ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. ..................

$ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ................

$ _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information. ..........

$ _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................................ → 

$ 301.03

---

## Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe.......

$ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe .....

$ _____

Debtor 1    **WILLIAM      JUAN      ROBERTS**
First Name        Middle Name        Last Name                        Case number (if known) _____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
- ❏ No
- ❏ Yes. Describe... ...                                                    $_____

41. Inventory
- ❏ No
- ❏ Yes. Describe.......                                                    $_____

42. Interests in partnerships or joint ventures
- ❏ No
- ❏ Yes. Describe......   Name of entity:                        % of ownership:

| | | |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

43. Customer lists, mailing lists, or other compilations
- ❏ No
- ❏ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ❏ No
  - ❏ Yes. Describe ... .....                                               $_____

44. Any business-related property you did not already list
- ❏ No
- ❏ Yes. Give specific     _____          $_____
  information .........      _____          $_____
                            _____          $_____
                            _____          $_____
                            _____          $_____
                            _____          $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
   for Part 5. Write that number here ...............................................................................➔   $_____0.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ☑ No. Go to Part 7.
- ❏ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. Farm animals
   *Examples*: Livestock, poultry, farm-raised fish
- ❏ No
- ❏ Yes ...... ..............                                              $_____

| Debtor 1 | WILLIAM | JUAN | ROBERTS | | Case number (if known)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

48. Crops—either growing or harvested

☐ No
☐ Yes. Give specific
   information...........                                                              $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☐ No
☐ Yes...............                                                                   $_____

50. Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes.......................                                                           $_____

51. Any farm- and commercial fishing-related property you did not already list

☐ No
☐ Yes. Give specific
   information...........                                                              $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here ...................................................➜  $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples: Season tickets, country club membership*

☑ No
☐ Yes. Give specific
   information............                                                             $_____
                                                                                       $_____
                                                                                       $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ..........➜  $_____0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................➜  $_____181,003

56. Part 2: Total vehicles, line 5                          $_____6,000

57. Part 3: Total personal and household items, line 15    $_____6,945.00

58. Part 4: Total financial assets, line 36                $_____301.03

59. Part 5: Total business-related property, line 45       $_____0.00

60. Part 6: Total farm- and fishing-related property, line 52  $_____0.00

61. Part 7: Total other property not listed, line 54       +$_____0.00

62. Total personal property. Add lines 56 through 61. ...........  $_____13,246   Copy personal property total ➜ +$_____13,246

63. Total of all property on Schedule A/B. Add line 55 + line 62............................................  $_____194,249

**Fill in this information to identify your case:**

Debtor 1   WILLIAM    JUAN     ROBERTS
           First Name      Middle Name      Last Name

Debtor 2   YOLANDA   RENEE    ROBERTS
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: Central District of California

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2006 Nissan Maxima<br>Line from *Schedule A/B*: 3.1 | $1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CA Code of Civ. Pro. 703.140(b)(1) |
| Brief description: 2005 Land Rover LR3<br>Line from *Schedule A/B*: 3.2 | $5,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CA Code of Civ. Pro. 703.140(b)(1) |
| Brief description: Household Appliances<br>Line from *Schedule A/B*: 6 | $4,595.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CA Code of Civ. Pro. 703.140(b)(1) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1   **WILLIAM      JUAN      ROBERTS**
First Name    Middle Name    Last Name                       Case number (if known)_____

---

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: Electronics  Line from *Schedule A/B*: 7 | $ 1,000.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | CA Code of Civ. Pro. 703.140(b)(3) |
| Brief description: Clothes  Line from *Schedule A/B*: 11 | $ 850.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | CA Code of Civ. Pro. 703.140(b)(5) |
| Brief description: Jewelry  Line from *Schedule A/B*: 12 | $ 500.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | CA Code of Civ. Pro. 703.140(b)(3) |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

Fill in this information to identify your case:

| Debtor 1 | WILLIAM | JUAN | ROBERTS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | YOLANDA | RENEE | ROBERTS |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**                                                                        12/15

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1** Franchise Tax Board/LA Cty. Re
Creditor's Name

500 W. Temple St.
Number          Street

Los Angeles        CA   90012
City                         State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a
community debt
Date debt was incurred  11/16/11

**Describe the property that secures the claim:**
Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   0   9   4   3

Column A: $ 1,156.00     Column B: $ 181,003.   Column C: $

**2.2** IRS/LA Cty. Recorder.
Creditor's Name

500 W. Temple St.
Number          Street

Los Angeles        CA   90012
City                         State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a
community debt
Date debt was incurred  Aug., 2008

**Describe the property that secures the claim:**
Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   8   8   4   7

Column A: $ 87,209.00     Column B: $ 181,003   Column C: $

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 98,365.00

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of ___

Debtor 1    WILLIAM    JUAN    ROBERTS
First Name    Middle Name    Last Name

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.3** IRS/LA Cty. Recorder
Creditor's Name

500 W. Temple St.
Number    Street

Los Angeles        CA    90012
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred   11/16/09

**Describe the property that secures the claim:**       $        24,512.00    $    181,003.00

Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   9   4   9   2

**2.4** IRS/LA Cty. Recorder
Creditor's Name

500 W. Temple St.
Number    Street

Los Angeles        CA    90012
City            State    ZIP Code

**Who owes the debt?** Check all that apply.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred   06/07/13

**Describe the property that secures the claim:**       $        20,789.00    $    181,003.00

Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   3   2   4   7

**2.5** IRS/LA Cty. Recorder
Creditor's Name

500 W. Temple St.
Number    Street

Los Angeles        CA    90012
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred   08/26/14

**Describe the property that secures the claim:**       $        1,401.00    $    181,003.00

Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   3   3   4   8

Add the dollar value of your entries in Column A on this page. Write that number here:   $    46,702.00

If this is the last page of your form, add the dollar value totals  from all pages.
Write that number here:   $

Debtor 1    WILLIAM    JUAN    ROBERTS    Case number (if known) _____
         First Name    Middle Name    Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

**2.6** IRS/LA Cty. Recorder                      $ 9,972.00    $ 181,003.

Creditor's Name

500 W. Temple St.
Number      Street

Los Angeles        CA  90012
City               State  ZIP Code

Describe the property that secures the claim:

Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  3/20/15        Last 4 digits of account number  1  2  4  3

**2.7** Chase / SPS                      $ 219,161.38    $ 414,150.00

Creditor's Name

500 W. Temple St.
Number      Street

Los Angeles        CA  90012
City               State  ZIP Code

Describe the property that secures the claim:

Real Estate - 40756 Inwood Court,
Palmdale, CA 93551

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2009        Last 4 digits of account number  6  2  2  8

**2.8** Citibank South Dakota                      $ 42,130.37    $ 70.00

Creditor's Name

P.O. Box 6235
Number      Street

Sioux Falls        SD  57117
City               State  ZIP Code

Describe the property that secures the claim:

Chase Bank Account Garnishment

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____        Last 4 digits of account number  3  3  4  8

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 271,263.75

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $ 416,330.75

Official Form 106D        -36-        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3 of 3

| Debtor 1 | WILLIAM | JUAN | ROBERTS | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.9**    Select Portfolio Servicing
Name

P.O. Box 65250
Number        Street

Salt Lake City                    UT            84165
City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number  **6    2    2    8**

---

Name

Number        Street

City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City                        State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | JUAN | ROBERTS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | YOLANDA | RENEE | ROBERTS |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number      Street

City               State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number      Street
0

00
City               State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

–38–

Debtor 1    WILLIAM          JUAN          ROMERO          Case number *(if known)*_____
            First Name      Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.     Total claim    Priority amount    Nonpriority amount

☐

Priority Creditor's Name _____

Number    Street

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __     $_____    $_____    $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name _____

Number    Street

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __     $_____    $_____    $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name _____

Number    Street

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __     $_____    $_____    $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    WILLIAM        JUAN        RUBIRD        Case number (if known)_____
             First Name    Middle Name    Last Name

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | Ravenna Greer | Last 4 digits of account number __ __ __ __ | $ 5,000.00 |

Nonpriority Creditor's Name

23712 Oak Circle
Number      Street
Santa Clarita            CA        91321
City                      State      ZIP Code

When was the debt incurred?  09/2008

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Loan to Pay Mortgage

| 4.2 | Pinnacle Credit Services/Verizon Wireless | Last 4 digits of account number  X X X X | $ 377.00 |

Nonpriority Creditor's Name

P.O. Box 640
Number      Street
Hopkins                  MN        55343
City                      State      ZIP Code

When was the debt incurred?  06/2014

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Telecommunications Bill

| 4.3 | Alice Woods | Last 4 digits of account number __ __ __ __ | $ 2,250.00 |

Nonpriority Creditor's Name

19744 Steinsway Lane
Number      Street
Santa Clarita            CA        91351
City                      State      ZIP Code

When was the debt incurred?  09/2010

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Loan for Car Note

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 1

| Debtor 1 | WILLIAM | JUAN | ROBERTS | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

☐

Nonpriority Creditor's Name _____

_____
Number        Street

_____
City                         State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___        $_____

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

☐

Nonpriority Creditor's Name _____

_____
Number        Street

_____
City                         State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___        $_____

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

☐

Nonpriority Creditor's Name _____

_____
Number        Street

_____
City                         State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___        $_____

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1    WILLIAM    JUAN    MADERO
      First Name    Middle Name    Last Name    Case number *(if known)* _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street

_____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

–42–

| Debtor 1 | WILLIAM | JUAN | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

Total claim

**Total claims from Part 1**

6a. Domestic support obligations

6a. $ _____ 0.00

6b. Taxes and certain other debts you owe the government

6b. $ _____ 0.00

6c. Claims for death or personal injury while you were intoxicated

6c. $ _____ 0.00

6d. Other. Add all other priority unsecured claims. Write that amount here.

6d. + $ _____ 0.00

6e. Total. Add lines 6a through 6d.

6e. $ _____ 0.00

Total claim

**Total claims from Part 2**

6f. Student loans

6f. $ _____ 0.00

6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims

6g. $ _____ 0.00

6h. Debts to pension or profit-sharing plans, and other similar debts

6h. $ _____ 0.00

6i. Other. Add all other nonpriority unsecured claims. Write that amount here.

6i. + $ _____ 7,627.00

6j. Total. Add lines 6f through 6i.

6j. $ _____ 7,627.00

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor | WILLIAM   JUAN   ROBERTS |
| | First Name   Middle Name   Last Name |
| Debtor 2 | YOLANDA   RENEE   ROBERTS |
| (Spouse if filing) First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: Central District of California | |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

**Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

2.1

Name

Number    Street

City                State    ZIP Code

2.2

Name

Number    Street

City                State    ZIP Code

2.3

Name

Number    Street

City                State    ZIP Code

2.4

Name

Number    Street

City                State    ZIP Code

2.5

Name

Number    Street

City                State    ZIP Code

Debtor 1    WILLIAM        JUAN        ROBERTS
               First Name    Middle Name    Last Name

Case number (if known)_____

## ▮ Additional Page *if* You Have More Contracts or Leases

Person or company with whom you have the contract or lease          What the contract or lease is for

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

2._

_____
Name

_____
Number      Street

_____
City                    State    ZIP Code

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | WILLIAM   JUAN   ROBERTS |
| | First Name   Middle Name   Last Name |
| Debtor 2 | YOLANDA   RENEE   ROBERTS |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: Central District of California | |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? California _____. Fill in the name and current address of that person.

      Yolanda Renee Roberts
      Name of your spouse, former spouse, or legal equivalent

      40756 Inwood Court
      Number      Street

      Palmdale                    CA                  93551
      City                        State               ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____ Name | ☐ Schedule D, line _____ |
| _____ Number   Street | ☐ Schedule E/F, line _____ |
| _____ City   State   ZIP Code | ☐ Schedule G, line _____ |
| **3.2** _____ Name | ☐ Schedule D, line _____ |
| _____ Number   Street | ☐ Schedule E/F, line _____ |
| _____ City   State   ZIP Code | ☐ Schedule G, line _____ |
| **3.3** _____ Name | ☐ Schedule D, line _____ |
| _____ Number   Street | ☐ Schedule E/F, line _____ |
| _____ City   State   ZIP Code | ☐ Schedule G, line _____ |

Debtor 1    __WILLIAM____ __JUAN____ __ROBERTS____
             First Name    Middle Name    Last Name

Case number (if known)_____

████    **Additional Page to List More Codebtors**

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

_____
Name

_____
Number    Street

_____
City                    State           ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1   WILLIAM   JUAN   ROBERTS
First Name   Middle Name   Last Name

Debtor 2   YOLANDA   RENEE   ROBERTS
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Central District of California

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | _____ | Payroll Assistant |
| **Employer's name** | _____ | Future Transitions, Inc. |
| **Employer's address** | _____<br>Number   Street | 44859 Tenth St. West<br>Number   Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____<br>City   State   ZIP Code | Lancaster   CA   93534<br>City   State   ZIP Code |
| **How long employed there?** | _____ | 4 years |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____0.00 | $_____2071.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $_____0.00 | + $_____0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $_____0.00 | $_____2071.00 |

**CREATIVE LUNACY, INC.**
FEIN - 47-2183149

## PAGE 55 – PART 2 – BUSINESS INCOME AND EXPENSES

### Income

Per project payments average to be $833.00 monthly in income.

### Average Monthly Expenses

$300 Gas
$125 Mobile
$100 Software Subscriptions
$85  Materials (paper, ink, books, batteries, etc.)
$100 Equipment
$30  Insurance
$120 Food
$25  Clothing
$40  Research
$39  Health Club (2015)

TOTALS - $964.00

---

**Fill in this information to identify your case:**

Debtor 1    WILLIAM   JUAN   ROBERTS
             First Name   Middle Name   Last Name

Debtor 2    YOLANDA   RENEE   ROBERTS
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Central District of California

Case number
(if known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

---

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. Is this a joint case?

   ☐ No.  Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?        ☑ No

   Do not list Debtor 1 and       ☐ Yes. Fill out this information for
   Debtor 2.                            each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. Do your expenses include      ☑ No
   expenses of people other than  ☐ Yes
   yourself and your dependents?

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and
   any rent for the ground or lot.                                                    4.   $_____2,949.25

   If not included in line 4:

   4a. Real estate taxes                                                              4a.  $_____650.00

   4b. Property, homeowner's, or renter's insurance                                   4b.  $_____

   4c. Home maintenance, repair, and upkeep expenses                                  4c.  $_____65.00

   4d. Homeowner's association or condominium dues                                    4d.  $_____0.00

---

Official Form 106J                        Schedule J: Your Expenses                            page 1

Debtor 1    **WILLIAM**    **JUAN**    **ROBERTS**
    First Name    Middle Name    Last Name

Case number (if known) _____

| | | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $_____ 190.00 |
| 6. | Utilities: | |
| 6a. | Electricity, heat, natural gas | 6a. $_____ 215.00 |
| 6b. | Water, sewer, garbage collection | 6b. $_____ 105.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $_____ 425.00 |
| 6d. | Other. Specify: _____ | 6d. $_____ 295.00 |
| 7. | Food and housekeeping supplies | 7. $_____ 467.00 |
| 8. | Childcare and children's education costs | 8. $_____ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $_____ 17.00 |
| 10. | Personal care products and services | 10. $_____ 20.00 |
| 11. | Medical and dental expenses | 11. $_____ 0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $_____ 400.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $_____ 20.00 |
| 14. | Charitable contributions and religious donations | 14. $_____ 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $_____ |
| 15b. | Health insurance | 15b. $_____ 0.00 |
| 15c. | Vehicle insurance | 15c. $_____ 76.00 |
| 15d. | Other insurance. Specify: _____ | 15d. $_____ 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $_____ 0.00 |
| 17. | Installment or lease payments: | |
| 17a. | Car payments for Vehicle 1 | 17a. $_____ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $_____ 0.00 |
| 17c. | Other. Specify: _____ | 17c. $_____ 0 |
| 17d. | Other. Specify: _____ | 17d. $_____ 0 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $_____ 0 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. $_____ 0 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | |
| 20a. | Mortgages on other property | 20a. $_____ 0 |
| 20b. | Real estate taxes | 20b. $_____ 0 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $_____ 0 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $_____ 0 |
| 20e. | Homeowner's association or condominium dues | 20e. $_____ 0 |

Official Form 106J       Schedule J: Your Expenses       page 2

Debtor 1    **WILLIAM    JUAN    ROBERTS**
             First Name    Middle Name    Last Name                    Case number (if known)_____

21.  **Other.** Specify: _____    21.    +$_____0

22.  **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a.    $_____5,894.25

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $_____0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $_____5,894.25

23.  **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $_____2,652.00

   23b. Copy your monthly expenses from line 22c above.    23b.    –$_____5,894.25

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c.    $_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.

   ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | JUAN | ROBERTS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | YOLANDA | RENEE | ROBERTS |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.  Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.*  Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. Do you and Debtor 1 maintain separate households?

   ☑ No. Do not complete this form.
   ☐ Yes

2. Do you have dependents?

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?

   ☐ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                                           4. $_____

   If not included in line 4:

   4a. Real estate taxes                                                          4a. $_____

   4b. Property, homeowner's, or renter's insurance                              4b. $_____

   4c. Home maintenance, repair, and upkeep expenses                             4c. $_____

   4d. Homeowner's association or condominium dues                               4d. $_____

Debtor 1    **WILLIAM        JUAN        ROBERTS**            Case number *(if known)*_____
                First Name        Middle Name        Last Name

Your expenses

5.  Additional mortgage payments for your residence, such as home equity loans        5.    $_____

6.  Utilities:

    6a.  Electricity, heat, natural gas        6a.    $_____

    6b.  Water, sewer, garbage collection        6b.    $_____

    6c.  Telephone, cell phone, Internet, satellite, and cable services        6c.    $_____

    6d.  Other. Specify: _____        6d.    $_____

7.  Food and housekeeping supplies        7.    $_____

8.  Childcare and children's education costs        8.    $_____

9.  Clothing, laundry, and dry cleaning        9.    $_____

10. Personal care products and services        10.    $_____

11. Medical and dental expenses        11.    $_____

12. Transportation. Include gas, maintenance, bus or train fare.        12.    $_____
    Do not include car payments.

13. Entertainment, clubs, recreation, newspapers, magazines, and books        13.    $_____

14. Charitable contributions and religious donations        14.    $_____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance        15a.    $_____

    15b. Health insurance        15b.    $_____

    15c. Vehicle insurance        15c.    $_____

    15d. Other insurance. Specify:_____        15d.    $_____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____        16.    $_____

17. Installment or lease payments:

    17a. Car payments for Vehicle 1        17a.    $_____

    17b. Car payments for Vehicle 2        17b.    $_____

    17c. Other. Specify:_____        17c.    $_____

    17d. Other. Specify:_____        17d.    $_____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, *Schedule I, Your Income* (Official Form 106I).        18.    $_____

19. Other payments you make to support others who do not live with you.
    Specify:_____        19.    $_____

20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*

    20a. Mortgages on other property        20a.    $_____

    20b. Real estate taxes        20b.    $_____

    20c. Property, homeowner's, or renter's insurance        20c.    $_____

    20d. Maintenance, repair, and upkeep expenses        20d.    $_____

    20e. Homeowner's association or condominium dues        20e.    $_____

Debtor 1    __WILLIAM___    __JUAN___    __ROBERTS___
　　　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*_____

21.  Other. Specify: _____    21.    +$_____

22.  **Your monthly expenses.** Add lines 5 through 21.
     The result is the monthly expenses of Debtor 2.  Copy the result to line 22b of Schedule J to calculate the
     total expenses for Debtor 1 and Debtor 2.                                      22.    $_____

23  Line not used on this form.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☐ Yes.    Explain here:

Official Form 106J-2          Schedule J-2: Expenses for Separate Household of Debtor 2          page 3

**Fill in this information to identify your case:**

Debtor 1    WILLIAM    JUAN    ROBERTS
First Name    Middle Name    Last Name

Debtor 2    YOLANDA    RENEE    ROBERTS
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of California

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _W. J. Roberts_____    ✗ _Yolanda Roberts_____
Signature of Debtor 1    Signature of Debtor 2

Date __9/6/16__    Date __9/6/16__
MM / DD / YYYY    MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    WILLIAM    JUAN    ROBERTS
First Name    Middle Name    Last Name

Debtor 2    YOLANDA    RENEE    ROBERTS
(Spouse, If filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

☑ Married
☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City    State    ZIP Code | | City    State    ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number    Street | From _____ To _____ |
| City    State    ZIP Code | | City    State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:    Explain the Sources of Your Income**

Debtor 1    **WILLIAM    JUAN    ROBERTS**    Case number (if known)_____

First Name    Middle Name    Last Name

---

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $          6,664.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $          17,108 |
| **For last calendar year:**<br>(January 1 to December 31, 2015 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $          12,500.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $          25,059.31 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $          25,000.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $          23,548 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

Debtor 1    WILLIAM    JUAN    ROBERTS        Case number *(if known)*_____

      First Name      Middle Name      Last Name

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br><br>Number   Street<br><br><br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number   Street<br><br><br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number   Street<br><br><br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page **3**

Debtor 1    **WILLIAM    JUAN    ROBERTS**
First Name    Middle Name    Last Name

Case number *(if known)*

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
    corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
    agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations,
    such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

| | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|---|
| Insider's Name | | _____ | $_____ | $_____ | |
| Number    Street | | _____ | | | |
| | | _____ | | | |
| City    State    ZIP Code | | | | | |
| Insider's Name | | _____ | $_____ | $_____ | |
| Number    Street | | _____ | | | |
| | | | | | |
| City    State    ZIP Code | | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited
    an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|---|
| | | | | | Include creditor's name |
| Insider's Name | | _____ | $_____ | $_____ | |
| Number    Street | | _____ | | | |
| | | | | | |
| City    State    ZIP Code | | | | | |
| Insider's Name | | _____ | $_____ | $_____ | |
| Number    Street | | _____ | | | |
| | | | | | |
| City    State    ZIP Code | | | | | |

Debtor 1    WILLIAM    JUAN     ROBERTS         Case number (*if known*)_____
         First Name     Middle Name     Last Name

---

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _Citibank v. WMJ Roberts_ | Civil Lawsuit for Unpaid Bills on a Consumer Credit Account - Chase Bank Account Garnishment | Sup. Court of CA - LA County<br>Court Name<br><br>42011 4th St. West<br>Number    Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number   MC020039 | | Lancaster      CA    93534<br>City         State     ZIP Code | |
| Case title_____ | | _____<br>Court Name<br><br>_____<br>Number    Street | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _____ | | _____<br>City         State     ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.   Go to line 11.
    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Citibank - South Dakota<br>Creditor's Name<br><br>P.O. Box 6235<br>Number    Street | Chase Bank Account | 06/09/16 | $        0.00 |
| Sioux Falls    SD   57117<br>City       State   ZIP Code | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☑ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| SPS / Chase Bank<br>Creditor's Name<br><br>P.O. Box 65250<br>Number    Street | Real Estate - Single Family Home at 40756 Inwood Ct., Palmdale, CA 93551 | 9/12/16 | $     414,150.00 |
| Salt Lake City    UT   84165<br>City       State   ZIP Code | Explain what happened<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

---

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy         page 5

Debtor 1      WILLIAM      JUAN      ROBERTS                                    Case number *(if known)*_____
              First Name   Middle Name   Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number   Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City          State    ZIP Code | Last 4 digits of account number: XXXX–___ __ __ __ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number   Street | | | |
| _____<br>City          State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number   Street | | | |
| _____<br>City          State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 6

Debtor 1   **WILLIAM     JUAN     ROBERTS**
First Name   Middle Name   Last Name

Case number (if known)_____

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| New Life Community Church <br> Charity's Name | Charitable Contributions and Offerings in form of Cash or Checks | 2015 | $    7,010.00 |
| c/o Judah Lounge | | 2014 | $    9,457.00 |
| 43233 Seventh St., East <br> Number    Street | | | |
| Lancaster        CA    93535 <br> City        State    ZIP Code | | | |

---

**Part 6:     List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

**Part 7:     List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City            State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **WILLIAM    JUAN    ROBERTS**
First Name    Middle Name    Last Name

Case number (if known) _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| Number    Street | | | |
| | | | $ _____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| Number    Street | | | |
| | | | $ _____ |
| City    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    WILLIAM    JUAN    ROBERTS
            First Name  Middle Name  Last Name

Case number (if known) _____

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
    are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
    closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
    brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br> Number  Street _____ <br> _____ <br> City      State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____ <br> Number  Street _____ <br> _____ <br> City      State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
    securities, cash, or other valuables?

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Bank of America <br> Name of Financial Institution <br> 4165 West Ave. L <br> Number  Street <br> _____ <br> Lancaster  CA  93551 <br> City  State  ZIP Code | Yolanda R. Roberts (Wife) <br> Name <br> 40756 Inwood Ct. <br> Number  Street <br> Palmdale  CA  93551 <br> City  State  ZIP Code | $3.80 cash <br><br> Also, a Chase checking account with about $70.00 cash. | ☐ No <br> ☑ Yes |

Debtor 1    WILLIAM    JUAN    ROBERTS                    Case number (if known)_____
            First Name   Middle Name   Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No

❑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❑ No |
| Name of Storage Facility | Name | | ❑ Yes |
| | | | |
| Number   Street | Number   Street | | |
| | | | |
| | City State   ZIP Code | | |
| City          State    ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No

❑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| | Number   Street | | |
| Number   Street | | | |
| | City          State   ZIP Code | | |
| City          State   ZIP Code | | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

※ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

※ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

※ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| | | | |
| Number   Street | Number   Street | | |
| | | | |
| | City          State   ZIP Code | | |
| City          State   ZIP Code | | | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 10

Debtor 1    **WILLIAM    JUAN    ROBERTS**
      First Name     Middle Name     Last Name

Case number (*if known*)_____

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State    ZIP Code | City          State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| _____ | Number   Street | | ☐ On appeal |
| Case number | City          State   ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Creative Lunacy | | Do not include Social Security number or ITIN. |
| Business Name | Marketing Communications Start-up Firm | |
| 38713 Tierra Subida Ave. | | EIN:  4   7 - 2   1   8   3   1   4   9 |
| Number   Street | | |
| #200-621 | Name of accountant or bookkeeper | Dates business existed |
| Palmdale     CA    93551 | William J. Roberts, Owner | |
| City          State   ZIP Code | | From 11/2014   To Present |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City          State   ZIP Code | | From _____   To _____ |

---

Debtor 1    **WILLIAM       JUAN        ROBERTS**
            First Name    Middle Name    Last Name                      Case number (if known)_____

                                              Describe the nature of the business          Employer Identification number
                                                                                           Do not include Social Security number or ITIN.
_____
Business Name                                                                              EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

_____
Number    Street                              Name of accountant or bookkeeper            Dates business existed

_____
                                                                                           From _____ To _____
City              State    ZIP Code

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial
    institutions, creditors, or other parties.

    ☑ No
    ☐ Yes. Fill in the details below.

                                              Date issued

_____
Name                                          MM / DD / YYYY

_____
Number    Street

_____

_____
City              State    ZIP Code

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud
in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ _____              ✘ _____
Signature of Debtor 1                         Signature of Debtor 2

Date _____                           Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes  Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice,*
                                                                    *Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | WILLIAM | JUAN | ROBERTS | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | YOLANDA | RENEE | ROBERTS | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Central District of California

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **SPS / Chase**<br>Description of property securing debt: **Single Family Home - 40756 Inwood Ct. Palmdale, CA 93551** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: **Citibank**<br>Description of property securing debt: **Chase Account** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: **IRS / LA County Recorder**<br>Description of property securing debt: **Federal Tax Lien - Single Family Home 40756 Inwood Ct. Palmdale, CA 93551** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: **Franchise Tax Board**<br>Description of property securing debt: **State Tax Lien - Single Family Home 40756 Inwood Ct. Palmdale, CA 93551** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |

Debtor 1    **WILLIAM    JUAN    ROBERTS**          Case number (If known)_____
            First Name    Middle Name    Last Name

---

**Part 2:**    **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |
| Lessor's name: | ❏ No |
| Description of leased property: | ❏ Yes |

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

x _W. J. Robert_      x _Yolanda Roberts_
   Signature of Debtor 1        Signature of Debtor 2

Date  9/6/16      Date  9/6/16
    MM / DD / YYYY        MM / DD / YYYY

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

Debtor 1  **WILLIAM  JUAN  ROBERTS**
First Name    Middle Name    Last Name

Debtor 2  **YOLANDA  RENEE  ROBERTS**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number
(if known) _____

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____0.00 | $_____2,071 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____0.00 | $_____0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____0.00 | $_____0.00 |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $833.00 | $_____0 |  |  |
| Ordinary and necessary operating expenses | – $964.00 | – $_____0 |  |  |
| Net monthly income from a business, profession, or farm | $_____0 | $_____0 Copy here➔ | $_____0 | $_____0 |

6. **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____0 | $_____0 |  |  |
| Ordinary and necessary operating expenses | – $_____0 | – $_____0 |  |  |
| Net monthly income from rental or other real property | $_____00 | $_____0 Copy here➔ | $_____00 | $_____0 |

| 7. **Interest, dividends, and royalties** |  |  | $_____0 | $_____0 |
|---|---|---|---|---|

Debtor 1  __WILLIAM JUAN ROBERTS_____   Case number (if known)_____
          First Name    Middle Name    Last Name

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

8. **Unemployment compensation** — $ 0 / $ 0

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..................... ↓

For you..................................................... $ 0

For your spouse.......................................... $ 0

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $ 0 / $ 0

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____   $ 0 / $ 0

_____   $ 0 / $ 0

Total amounts from separate pages, if any   + $ 0 / + $ 0

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ 0 + $ 2,071 = $ 2,071

Total current monthly income

| Part 2: | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ....................................... Copy line 11 here→   $ 2,071

Multiply by 12 (the number of months in a year).   x 12

12b. The result is your annual income for this part of the form.   12b.   $ 24,852

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   California

Fill in the number of people in your household.   2

Fill in the median family income for your state and size of household. ..................................   13.   $ 66,458.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13, On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A–2.* Go to Part 3 and fill out Form 122A–2.

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x  *W.J. Roberts*          x  *Yolanda Roberts*

Signature of Debtor 1        Signature of Debtor 2

Date  9/6/16               Date  9/6/16
      MM / DD / YYYY               MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | WILLIAM | JUAN | | ROBERTS |
| | First Name | Middle Name | | Last Name |
| Debtor 2 | YOLANDA | RENEE | | ROBERTS |
| (Spouse, if filing) | First Name | Middle Name | | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(if known) _____

❑ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ❑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☑ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?

   ☑ No.  Go to line 3.

   ❑ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ❑ No. Go to line 3.

      ❑ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. Are you or have you been a Reservist or member of the National Guard?

   ☑ No.  Complete Form 122A-1. Do not submit this supplement.

   ❑ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ❑ No. Complete Form 122A-1. Do not submit this supplement.

      ❑ Yes. Check any one of the following categories that applies:

         ❑ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

         ❑ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ❑ I am performing a homeland defense activity for at least 90 days.

         ❑ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

Official Form 122A-1Supp        Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1    WILLIAM JUAN ROBERTS | |
| | First Name    Middle Name    Last Name |
| Debtor 2    YOLANDA RENEE ROBERTS | |
| (Spouse, if filing)    First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the:    Central District of California | |
| Case number (if known) | |

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

Official Form 122A–2

# Chapter 7 Means Test Calculation

4/16

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Determine Your Adjusted Income

1. Copy your total current monthly income.......................................... Copy line 11 from Official Form 122A-1 here ➡ ...........    $ _____2071_____

2. Did you fill out Column B in Part 1 of Form 122A–1?
   ☐ No. Fill in $0 for the total on line 3.
   ☑ Yes. Is your spouse filing with you?
      ☐ No. Go to line 3.
      ☑ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☐ No. Fill in 0 for the total on line 3.
   ☐ Yes. Fill in the information below:

   | State each purpose for which the income was used | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | + $ _____ |
   | **Total** ........................................................... | $ _____0.00_____ |

   Copy total here ............... ➡    – $ _____0.00_____

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.

   $ _____2071_____

Debtor 1 __WILLIAM JUAN ROBERTS__   Case number (if known)_____
First Name   Middle Name   Last Name

---

**Part 2:**   **Calculate Your Deductions from Your Income**

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.                                                                  1

**National Standards**      You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                                                     $ __570.00__

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

   **People who are under 65 years of age**

   7a.  Out-of-pocket health care allowance per person      $____54.00__

   7b.  Number of people who are under 65                   x __2__

   7c.  **Subtotal.** Multiply line 7a by line 7b.          $___108.00   Copy here➔   $___108.00

   **People who are 65 years of age or older**

   7d.  Out-of-pocket health care allowance per person      $_____

   7e.  Number of people who are 65 or older                x_____

   7f.  **Subtotal.** Multiply line 7d by line 7e.          $_____0   Copy here➔   + $_____0

   7g.  **Total.** Add lines 7c and 7f. ...............................................   $___108.00   Copy total here➔   $108.00

---

Debtor 1     **WILLIAM  JUAN  ROBERTS**                                      Case number (if known)_____
     First Name     Middle Name     Last Name

**Local Standards**      You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**
- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ................................................... $_____2521

9.  **Housing and utilities – Mortgage or rent expenses:**

    9a. Using the number of people you entered in line 5, fill in the dollar amount listed
    for your county for mortgage or rent expenses.......................................... $_____0

    9b. Total average monthly payment for all mortgages and other debts secured by your home.

        To calculate the total average monthly payment, add all amounts that are
        contractually due to each secured creditor in the 60 months after you file for
        bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |

    Total average monthly payment    $_____00   **Copy here ➡**   – $_____00   Repeat this amount on line 33a.

    9c. Net mortgage or rent expense.
    Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0. .................. $_____00   **Copy here ➡**   $_____00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**        $_____0

    Explain
    why: _____
    _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

    ☐ 0. Go to line 14.
    ☐ 1. Go to line 12.
    ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.        $_____532.00

Debtor 1    **WILLIAM  JUAN  ROBERTS**                                    Case number *(if known)*_____
           First Name    Middle Name    Last Name

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

   **Vehicle 1    Describe Vehicle 1:** _____

   _____

   13a. Ownership or leasing costs using IRS Local Standard. .................................    $_____0.00_____

   13b. Average monthly payment for all debts secured by Vehicle 1.

   Do not include costs for leased vehicles.

   To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

   | Name of each creditor for Vehicle 1 | Average monthly payment |
   |---|---|
   | _____ | $_____ |
   | _____ | + $_____ |

   Total average monthly payment    | $_____ 00 |    Copy here ➔    − $_____ 00    Repeat this amount on line 33b.

   13c. Net Vehicle 1 ownership or lease expense

   Subtract line 13b from line 13a. If this amount is less than $0, enter $0. ..................    $_____ 0    Copy net Vehicle 1 expense here ...... ➔    $_____ 0

   **Vehicle 2    Describe Vehicle 2:** _____

   _____

   13d. Ownership or leasing costs using IRS Local Standard. .................................    $_____ 0

   13e. Average monthly payment for all debts secured by Vehicle 2.

   Do not include costs for leased vehicles.

   | Name of each creditor for Vehicle 2 | Average monthly payment |
   |---|---|
   | _____ | $_____ 0 |
   | _____ | + $_____ 0 |

   Total average monthly payment    | $_____ 0 |    Copy here ➔    − $_____ 0    Repeat this amount on line 33c.

   13f. Net Vehicle 2 ownership or lease expense

   Subtract line 13e from line 13d. If this amount is less than $0, enter $0. ..................    $_____ 0    Copy net Vehicle 2 expense here ... ➔    $_____ 0

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    $_____ 0

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.    $_____ 0

Debtor 1    **WILLIAM JUAN  ROBERTS** _____    Case number (if known)_____
      First Name    Middle Name      Last Name

**Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.      $ _252.00_

    Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.      $ ___0.00_

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance.  If two married people are filing together, include payments that you make for your spouse's term life insurance.  Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.      $ ___0.00_

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.      $ ___0.00_

20. **Education:** The total mohthly amount that you pay for education that is either required:

    ■ as a condition for your job, or

    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.      $ ___0.00_

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education.      $ ___0.00_

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
    Payments for health insurance or health savings accounts should be listed only in line 25.      $ ___0.00_

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.      + $ _400.00_

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**      $4383.00

    Add lines 6 through 23.

Case 2:16-bk-21914-BR   Doc 1-1   Filed 09/07/16   Entered 09/07/16 12:35:52   Desc
Main Document   Page 68 of 73

Debtor 1   __WILLIAM__ __JUAN__ __ROBERTS__   Case number (if known) _____
    First Name   Middle Name   Last Name

**Additional Expense Deductions**    These are additional deductions allowed by the Means Test.
    *Note:* Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

    Health insurance    $ _____ 0

    Disability insurance    $ _____ 0

    Health savings account    + $ _____ 0

    Total    $ 00 _____    Copy total here ➡ ...................................  $ 00 _____

    Do you actually spend this total amount?

    ☐ No. How much do you actually spend?    $ _____ 0
    ☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $ _____ 0

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $ _____ 0

    By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $ _____ 0

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.    $ _____ 0

    * Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $ _____ 0

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).    + $ _____ 584.16

32. **Add all of the additional expense deductions.**    $ _____ 584.16
    Add lines 25 through 31.

Debtor 1    <u>WILLIAM JUAN ROBERTS</u>                    Case number *(if known)* _____

First Name   Middle Name    Last Name

## Deductions for Debt Payment

**33. For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|

**Mortgages on your home:**

33a. Copy line 9b here ...................................................➔   $_____ 00

**Loans on your first two vehicles:**

33b. Copy line 13b here. ..............................................➔   $_____ 00

33c. Copy line 13e here. ..............................................➔   $_____ 0

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| SPS/Chase | Home | ☑ No ☐ Yes | $_____ |
| Citibank | Chase Account | ☑ No ☐ Yes | $_____ |
| _____ | _____ | ☐ No ☐ Yes | + $_____ |

33e. Total average monthly payment. Add lines 33a through 33d. .................... $_____ 0.00   Copy total here ➔   $_____ 0.00

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.
☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| SPS/Chase | Home | $ 219,161 | ÷ 60 = | $ 3,652.68 |
| Chase Bank | Home | $ 13,985 | ÷ 60 = | $ 233.08 |
| Citibank | Chase Bank Acct | $ 42,130 | ÷ 60 = | + $ 702.16 |
| | | Total | | $ 4,587.92   Copy total here ➔   $ 4,587.92 |

**35. Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.
☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims .................................. $155,039.00   ÷ 60 =   $ 2,584.00

Debtor 1    __WILLIAM   JUAN  ROBERTS__          Case number *(if known)* _____
         First Name    Middle Name     Last Name

**36. Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☑ **No.** Go to line 37.

☐ **Yes.** Fill in the following information.

| | |
|---|---|
| Projected monthly plan payment if you were filing under Chapter 13 | $ _____ |
| Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts). | x _____ |
| To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office. | |
| Average monthly administrative expense if you were filing under Chapter 13 | $ _____   **Copy total here ➔**   $ _____ |

**37. Add all of the deductions for debt payment.**
Add lines 33e through 36. ............................................................................

$    7,172

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

| | |
|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances* ...... | $    4383 |
| Copy line 32, *All of the additional expense deductions* ...... | $    584.16 |
| Copy line 37, *All of the deductions for debt payment* ...... | + $    7,172.00 |
| Total deductions | $    12,139.16    **Copy total here** ............ ➔   $    12,139.16 |

<hr>

**Part 3:    Determine Whether There Is a Presumption of Abuse**

**39. Calculate monthly disposable income for 60 months**

| | | |
|---|---|---|
| 39a. | Copy line 4, *adjusted current monthly income* ..... | $    2071 |
| 39b. | Copy line 38, *Total deductions* ........... | – $    12,139.16 |
| 39c. | Monthly disposable income. 11 U.S.C. § 707(b)(2). Subtract line 39b from line 39a. | $    0.00    **Copy here ➔**   $    0.00 |
| | For the next 60 months (5 years) ................................ | x 60 |
| 39d. | **Total.** Multiply line 39c by 60. ................................. | $    0.00    **Copy here ➔**   $    0.00 |

**40. Find out whether there is a presumption of abuse.** Check the box that applies:

☑ **The line 39d is less than $7,700\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse*. Go to Part 5.

☐ **The line 39d is more than $12,850\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse*. You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $7,700\*, but not more than $12,850\*.** Go to line 41.

   \* Subject to adjustment on 4/01/16, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1     **WILLIAM  JUAN  ROBERTS**                                    Case number (if known)_____
                    First Name        Middle Name        Last Name

41.  41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A*
          *Summary of Your Assets and Liabilities and Certain Statistical Information Schedules*
          (Official Form 106Sum), you may refer to line 3b on that form....................................  $_____

                                                                                              x  .25

     41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).                              Copy
          Multiply line 41a by 0.25. ...................................................................  $_____  here ➡  $_____

42.  **Determine whether the income you have left over after subtracting all allowed deductions
     is enough to pay 25% of your unsecured, nonpriority debt.**
     Check the box that applies:

     ☐  **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
        Go to Part 5.

     ☐  **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption
        of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

**Part 4:**    **Give Details About Special Circumstances**

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no
    reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

    ☐  **No.**  Go to Part 5.
    ☐  **Yes.** Fill in the following information. All figures should reflect your average monthly expense or income adjustment
       for each item. You may include expenses you listed in line 25.

       You must give a detailed explanation of the special circumstances that make the expenses or income
       adjustments necessary and reasonable. You must also give your case trustee documentation of your actual
       expenses or income adjustments.

       Give a detailed explanation of the special circumstances                    Average monthly expense
                                                                                   or income adjustment

       _____          $_____

       _____          $_____

       _____          $_____

       _____          $_____

---

**Part 5:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x  *W. J. Roberts*                                    x  *Yolanda Roberts*
   Signature of Debtor 1                                 Signature of Debtor 2

   Date  9/6/16                                          Date  9/6/16
        MM / DD  / YYYY                                       MM / DD  / YYYY

Official Form 122A–2                    Chapter 7 Means Test Calculation                    page 9

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ROBERTS, WILLIAM JUAN<br>ROBERTS, YOLANDA RENEE<br>40756 Inwood Court<br>Palmdale, CA 93551<br>(323) 533-3911<br>CreativeLunacy@AOL.com<br><br><br><br>☒ Debtor(s) appearing without attorney<br>☐ Attorney for Debtor | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - ~~**SELECT DIVISION**~~ _LOS ANGELES_

| | |
|---|---|
| In re:<br><br>ROBERTS, WILLIAM JUAN<br><br>ROBERTS, YOLANDA RENEE<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br>[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __L__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __9/6/16__          __W.J. Roberts__
                              Signature of Debtor 1

Date: __9/6/16__          __Yolanda Roberts__
                              Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

                              _____
                              Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

-83-                    **F 1007-1.MAILING.LIST.VERIFICATION**

Citibank South Dakota
PO Box 6235
Sioux Falls, SD 57117-6235


Ravenna Greer
23712 Oak Circle
Santa Clarita, CA 91321


Pinnacle Credit Services
PO Box 640
Hopkins, MN 55343


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250


Alice Woods
19744 Steinsway Lane
Santa Clarita, CA 91351

# EXHIBIT "C"

# EXHIBIT "C"

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number _____ _____ _____     Chapter _____
(if known)

## Official Form 119

# Bankruptcy Petition Preparer's Notice, Declaration, and Signature    12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Part 1:    Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer _____ has notified me of
                                                                          Name
any maximum allowable fee before preparing any document for filing or accepting any fee.

_____     Date _____
Signature of Debtor 1 acknowledging receipt of this notice              MM / DD / YYYY

_____     Date _____
Signature of Debtor 2 acknowledging receipt of this notice              MM / DD / YYYY

Official Form 119          **Bankruptcy Petition Preparer's Notice, Declaration, and Signature**          page 1

Debtor 1 _____     Case number (if known)_____
           First Name    Middle Name    Last Name

| Part 2: | Declaration and Signature of the Bankruptcy Petition Preparer |

**Under penalty of perjury, I declare that:**

- ■ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- ■ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- ■ if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

_____    _____    _____
Printed name                 Title, if any                Firm name, if it applies

_____
Number        Street

_____    _____    _____    _____
City                         State      ZIP Code     Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

❑ Voluntary Petition (Form 101)

❑ Statement About Your Social Security Numbers (Form 121)

❑ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)

❑ Schedule A/B (Form 106A/B)

❑ Schedule C (Form 106C)

❑ Schedule D (Form 106D)

❑ Schedule E/F (Form 106E/F)

❑ Schedule G (Form 106G)

❑ Schedule H (Form 106H)

❑ Schedule I (Form 106I)

❑ Schedule J (Form 106J)

❑ Declaration About an Individual Debtor's Schedules (Form 106Dec)

❑ Statement of Financial Affairs (Form 107)

❑ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)

❑ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)

❑ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)

❑ Chapter 7 Means Test Calculation (Form 122A-2)

❑ Chapter 11 Statement of Your Current Monthly Income (Form 122B)

❑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)

❑ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)

❑ Application to Pay Filing Fee in Installments (Form 103A)

❑ Application to Have Chapter 7 Filing Fee Waived (Form 103B)

❑ A list of names and addresses of all creditors (*creditor or mailing matrix*)

❑ Other _____

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

_____    ___ ___ ___ ___ ___ ___ ___    Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

_____
Printed name

_____    ___ ___ ___ ___ ___ ___ ___    Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

_____
Printed name

# EXHIBIT "D"

# EXHIBIT "D"

# Bankruptcy Petition Preparer Guidelines

Bankruptcy Petition ⊕ Preparer Guidelines

The following are guidelines concerning the conduct and compensation of bankruptcy petition
110 of the Bankruptcy Code ⊕ (11 U.S.C. §110)) who are not attorneys and who assist debtor
petitions (under Chapter 7 ⊕, 11, 12 or 13), or in preparing any papers filed in connection with
guidelines are issued pursuant to B.L.R. 9029-1 [1].

*1. The maximum allowable charge for a bankruptcy petition preparer's services is $150, inc
such as photocopying, messenger or courier charges, postage, telephone, etc. This fee do
must be paid to the clerk of the bankruptcy court; the debtor ⊕(s) is to make that payment*

2. If any money has been paid or any property transferred by the debtor to the bankrup
year of the filing of the bankruptcy petition, the court's filing fees may not be paid in ins

3. The bankruptcy petition preparer is not an attorney and is not authorized to practice
bankruptcy petition preparer may not instruct or advise the debtor(s):

*i. Whether to file a bankruptcy petition;*

*ii. Under which chapter of the Bankruptcy Code to file the voluntary petition;*

*iii. How to respond to the bankruptcy forms required in connection with the filing of the t*

*iv. What exemptions should be claimed;*

*v. Whether any particular debts are dischargeable or nondischargeable;*

*vi. The effect of a bankruptcy filing upon a foreclosure and whether the debtor(s) may k*

*vii. Whether the debtor(s) may avoid or eliminate any liens or recover any assets in con
case;*

*viii. Whether the debtor(s) may redeem property;*

*ix. Whether the debtor(s) may or should reaffirm any debts;*

*x. Whether the debtor(s) is entitled to a discharge ⊕ under the Bankruptcy Code, and w
may have to an objection to discharge; and*

*xi. Concerning the tax consequences of any aspect of the bankruptcy case.*

### Notice To Debtors About Bankruptcy Petition Preparers

4. The bankruptcy petition preparer may type forms and file documents.

5. Upon application of the debtor(s), a creditor ⊕ or any party-in-interest, including the
the court's own motion, fees of a bankruptcy petition preparer may be reduced below tl
Guidelines. All fees may be forfeited where the bankruptcy petition preparer has acted
has failed to comply with these Guidelines. In addition to liability for criminal penalties,
forfeiture, in any case where the bankruptcy petition preparer has violated any provisio

6. Before preparing a bankruptcy petition, schedules ⊕ and statements (or the first of a
bankruptcy petition preparer has not prepared the petition), and before accepting any r
bankruptcy petition preparer must allow the debtor(s) to read and sign a [2] (in the forn
Guidelines) and provide a copy thereof and a copy of these Guidelines to the debtor(s)
must be filed with the court along with the petition or the first paper prepared by the Ba

7. The court encourages debtors, trustees and others who believe a bankruptcy petitio
110 of the Bankruptcy Code (11 U.S.C. §110) to advise the United States Trustee of th

# EXHIBIT "E"

# EXHIBIT "E"

# California Secretary of State Alex Padilla

Secretary of State Main Website        Business Programs    Notary & Authentications    Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
  - **E-File Statements of Information for Corporations**
  - **Business Search**
  - **Processing Times**
  - **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
  - **Business Resources**
  - **Tax Information**
  - **Starting A Business**

Customer Alerts
  - **Business Identity Theft**
  - **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, October 07, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | FUSION MULTIPLEX DTLA, LLC |
| Entity Number: | 201533610049 |
| Date Filed: | 11/25/2015 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 9188 STAR FLOWER ST |
| Entity City, State, Zip: | CORONA CA 92883 |
| Agent for Service of Process: | VIRGIL M HOLLINS |
| Agent Address: | 9188 STAR FLOWER ST |
| Agent City, State, Zip: | CORONA CA 92883 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

  - For information on checking or reserving a name, refer to **Name Availability**.
  - For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
  - For help with searching an entity name, refer to **Search Tips**.
  - For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement | Free Document Readers**

Copyright © 2016    California Secretary of State

http://kepler.sos.ca.gov/                                                10/10/2016

*privacy* *without discrimination*

# California Secretary of State Alex Padilla

| Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, October 07, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | FUSION MULTIPLEX, LLC |
|---|---|
| Entity Number: | 200922510073 |
| Date Filed: | 08/11/2009 |
| Status: | FTB SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | PO BOX 25473 |
| Entity City, State, Zip: | LOS ANGELES CA 90025 |
| Agent for Service of Process: | VIRGIL M HOLLINS |
| Agent Address: | 18963 MILMORE AVE |
| Agent City, State, Zip: | CARSON CA 90746 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2016   California Secretary of State

http://kepler.sos.ca.gov/                                          10/10/2016

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION UNDER 11 U.S.C.  § 110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER; REQUEST FOR § 110(i) DAMAGES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____**10/13/16**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

<div align="center">

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

</div>

<div align="right">

X    Service information continued on attached page
</div>

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____**10/13/16**_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<div align="center">

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

</div>

<div align="right">

X    Service information continued on attached page
</div>

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<div align="center">

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

</div>

<div align="right">

X    Service information continued on attached page
</div>

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/13/16 | Sonny Flores | *Xjonny Finlg* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Alberta P Stahl (TR)    trusteestahl@earthlink.net,
astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY U.S. MAIL:**

**Debtor**
William Juan Roberts
38713 Tierra Subida Av #200-621
Palmdale, CA 93551

Yolanda Renee Roberts
38713 Tierra Subida Av #200-621
Palmdale, CA 93551

**Respondent**
Andre Devon Giles.
Fusion Multiplex, LLC
515 S. Flower St., 36th Floor
Los Angeles, CA 90071

Fusion Multiplex, LLC
Attn: Andre Devon Giles
515 S. Flower St., 36th Floor
Los Angeles, CA 90071

Andre Devon Giles
9188 Star Flower St.
Corona, CA 92883

Fusion Multiplex DTLA, LLC
Attn: Virgil M. Hollins
Agent for Service of Process
9188 Star Flower St.
Corona, CA 92883

**3.  SERVED BY FEDERAL EXPRESS:**

Judge's copy not required per Bankruptcy Court Manual section 3.5 and Appendix F, 1.2(e).

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F.9013-3.1.PROOF.OF.SERVICE**